United States District Court
Southern District of Texas
**ENTERED**
September 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:18-CR-748 |
| | § | |
| ERIC ALEXANDER SEVERSON | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant ERIC ALEXANDER SEVERSON's motion for continuance. (D.E. 13). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government and counsel for the material are both unopposed to the motion. The defendant moves for a continuance because defense counsel requires additional time to negotiate likely new charges to be filed by the Government in this case.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of the defendant and finds that this motion should be **GRANTED**.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

It is further ORDERED that this case is set for a Final Pretrial Conference before U.S. Magistrate Judge Jason Libby on **September 26, 2018 at 9:00 a.m.** and Jury

Selection and Trial are set before U.S. District Judge Nelva Gonzales Ramos on **October 9, 2018 at 9:00 a.m.**

Any further motion for continuance must be filed seven days before the final pretrial conference. Leave of court must be obtained before filing any other type of motion as the deadline to file motions has expired.

ORDERED this 4th day of September, 2018.

_____
Jason B. Libby
United States Magistrate Judge